

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### Office of the Clerk

Robert R. Carr
Clerk of Court

Nathan W. Lee
Chief Deputy Clerk



P.O. Box 3074
Lexington, KY
40588-3074

PH: 859-233-2503

June 26, 2013

**FILED**
JUL 1 - 2013
CLERK'S OFFICE
DETROIT

Clerk of Court
Eastern District of Michigan
231 W. Lafayette Blvd.
564 Theodore Levin US Courthouse
Detroit, MI 48226

Re:     USA v. Dion Henry, EDKY - Lexington 02-cr-141-KSF
        Transfer of Jurisdiction

Dear Clerk:

The above styled action is being transferred to your district pursuant to an Order of Transfer of Jurisdiction filed on June 25, 2013.

Enclosed please find a certified copy of the docket sheet, indictment and judgment and commitment order.

Please acknowledge receipt of these documents on the attached copy of this letter of transmittal.

ROBERT R. CARR, CLERK
United States District Court
Eastern District of Kentucky

By: _Colleen Dawkins_

Colleen Dawkins, Deputy Clerk

Acknowledgment of Receipt of Documents:

_____

_____

| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>02-CR-141-KSF-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>2:13CR20431 |

*Eastern District of Kentucky*
**FILED**
JUN 25 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Dion Henry | DISTRICT<br><br>EASTERN DISTRICT OF KENTUCKY | DIVISION<br><br>Lexington |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Karl S. Forester | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>04/26/13 | TO<br>04/25/18 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine Base

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF KENTUCKY</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/24/13_
Date

_Kls. Fore_
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF MICHIGAN</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

06/12/2013
*Effective Date*

s/Marianne O. Battani
*United States District Judge*

69

CLOSED,M2255,REFER

# U.S. District Court
## Eastern District of Kentucky (Lexington)
## CRIMINAL DOCKET FOR CASE #: 5:02-cr-00141-KSF-JBT-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Henry, et al | Date Filed: 11/20/2002 |
| Other court case number: 2:02-mj-81069 0645 INTERIN | Date Terminated: 04/18/2003 |

Assigned to: Judge Karl S. Forester
Referred to: Magistrate Judge James B Todd

### Defendant (1)

**Dion Henry**
*TERMINATED: 04/18/2003*

represented by **Dion Henry**
42056-049
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351-6000
PRO SE

**David J. Guarnieri**
McBrayer, McGinnis, Leslie & Kirkland, PLLC - Lexington
201 E. Main Street
Suite 900
Lexington, KY 40507
859-231-8780
Fax: 859-231-6518
Email: dguarnieri@mmlk.com
*TERMINATED: 04/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: Colleen Dunkens
Date: 6/26/13

### Pending Counts

CONSPIRACY TO DISTRIBUTE NARCOTICS
(1)

### Disposition

dft committed to 75 months Imprisonment; 5 yrs Supervised Release; $100.00 Special Assessment

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

NARCOTICS - SELL, DISTRIBUTE,
OR DISPENSE
(2)
VIOLENT
CRIME/DRUGS/MACHINE GUN
(3)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **David Y. Olinger , Jr.** |
| | | U.S. Attorney's Office, EDKY |
| | | 260 W. Vine Street |
| | | Suite 300 |
| | | Lexington, KY 40507-1612 |
| | | 859-685-4896 |
| | | Fax: 859-233-2658 |
| | | Email: David.Olinger@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kevin Charles Dicken** |
| | | U.S. Attorney's Office, EDKY |
| | | 260 W. Vine Street |
| | | Suite 300 |
| | | Lexington, KY 40507-1612 |
| | | 859-685-4888 |
| | | Fax: 859-233-2747 |
| | | Email: Kevin.Dicken@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2002 | 1 | INDICTMENT by USA Counts filed against Dion Henry (1) count(s) 1, 2, 3, 4, Melvin Williams (2) count(s) 1 (COUNT 4 IS A FORFEITURE COUNT AND NOT LISTED ON FRONT OF DOCKET SHEET OR COUNTED STATISTICALLY) (LKM) (Entered: 11/21/2002) |
| 11/20/2002 | 2 | MOTION for warrant by USA as to Dion Henry (LKM) (Entered: 11/21/2002) |
| 11/20/2002 | 3 | ORDER by Chief Judge Karl S. Forester granting motion for warrant [2-1] |

| | | warrant issued for Dion Henry (cc: all counsel) (LKM) (Entered: 11/21/2002) |
|---|---|---|
| 11/21/2002 | 5 | ORDER by Chief Judge Karl S. Forester granting motion for summons to issue [4-1] ; arraignment set for 9:00 12/6/02 for Melvin Williams (cc: all counsel) (LKM) (Entered: 11/22/2002) |
| 12/09/2002 | 7 | RULE 40 Documents received from District of Michigan as to defendant Dion Henry (Certified copy of docket sheet, waiver of Rule 40 hrg, Release Order, $50,000.00 OR Bond, financial afdt) (LKM) (Entered: 12/09/2002) |
| 12/09/2002 | 8 | Summons returned unexecuted 12/5/02 (LKM) (Entered: 12/10/2002) |
| 12/10/2002 | 9 | INITIAL APPEARANCE MINUTES: before Mag Judge James B. Todd initial appearance of Dion Henry, hrg held 12/10/02, A. Banta rptd, Attorney David J. Guarnieri appt'd , oral mot for p.t. det., detention hearing set for 9:00 12/12/02 for Dion Henry; arraignment set for 9:45 12/16/02 for Dion Henry , dft remanded to custody (cc: all counsel) (LKM) (Entered: 12/10/2002) |
| 12/10/2002 | 10 | CJA Form 23 (Financial Affidavit) as to Dion Henry (LKM) (Entered: 12/10/2002) |
| 12/10/2002 | | ORAL MOTION to detain by USA as to Dion Henry (Entered: 12/18/2002) |
| 12/12/2002 | 11 | ORDER by Mag Judge James B. Todd detention hearing re: Dion Henry held on 12/12/02 , A. Banta rptd, ORDERED: (1) detention hearing cont to 11:00 12/16/02 for Dion Henry - USP to obtain further info. (2) dft remanded to custody pending further proceedings (cc: all counsel) (LKM) (Entered: 12/13/2002) |
| 12/16/2002 | 12 | ARRAIGNMENT MINUTES: before Chief Judge Karl S. Forester arraignment held on 12/16/02 ,. C. Hutchinson rptd, dft Dion Henry arraigned; WFA/PNG; Attorney David Guarnieri present , jury trial set for 9:00 2/3/03 for Dion Henry , dft remanded to custody (cc: all counsel) (LKM) (Entered: 12/16/2002) |
| 12/16/2002 | 13 | GENERAL ORDER OF DISCOVERY by Chief Judge Karl S. Forester (cc: all counsel) (LKM) (Entered: 12/16/2002) |
| 12/16/2002 | 14 | ORDER of Detention by Mag Judge James B. Todd as to Dion Henry (cc: all counsel) (LKM) (Entered: 12/16/2002) |
| 12/17/2002 | 15 | ORDER by Mag Judge James B. Todd detention hearing held on 12/16/02 re: Dion Henry, S. Harding rptd, ORDERED: (1) oral motion to detain dft Henry is GRANTED (2) dft remanded to custody (cc: all counsel) (Entered: 12/18/2002) |
| 12/20/2002 | 16 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney David Guarnieri appt'd for dft Dion Henry (LKM) (Entered: 12/27/2002) |
| 12/26/2002 | 17 | REQUEST FOR DISCOVERY by Dion Henry (LKM) (Entered: 12/27/2002) |
| 12/26/2002 | 18 | REQUEST FOR DISCOVERY of other crimes, wrongs or acts by Dion |

| | | Henry (LKM) (Entered: 12/27/2002) |
|---|---|---|
| 01/08/2003 | 19 | ARREST Warrant returned executed as to Dion Henry on 11/22/02 (LKM) Modified on 01/16/2003 (Entered: 01/16/2003) |
| 01/08/2003 | | ARREST of defendant Dion Henry on 11/22/02 (LKM) Modified on 01/16/2003 (Entered: 01/16/2003) |
| 01/23/2003 | 21 | ORDER by Chief Judge Karl S. Forester: ARRAIGNMENT set for 1/31/03 @ 9:00 AM for Melvin Williams (cc: all counsel) (SKV) (Entered: 01/28/2003) |
| 01/24/2003 | 20 | MOTION for rearraignment by Dion Henry (SKV) (Entered: 01/28/2003) |
| 01/29/2003 | 22 | ORDER by Chief Judge Karl S. Forester granting motion for rearraignment [20-1] ; rearraignment set for 10:45 1/31/03 for Dion Henry (cc: all counsel) (LKM) (Entered: 01/29/2003) |
| 01/31/2003 | 23 | REARRAIGNMENT MINUTES: before Chief Judge Karl S. Forester rearraignment held on 1/31/03 , C. Hutchinson rptd, oral mot to change plea GRANTED, guilty plea entered by Dion Henry to ct 1 , sentencing hearing set for 9:15 4/18/03 for Dion Henry , oral mot for release pending sentencing passed pending agrmt by parties or filing of transcript of detention hrg, dft remanded to custody (cc: all counsel) (LKM) Modified on 02/03/2003 (Entered: 02/03/2003) |
| 01/31/2003 | 24 | PLEA Agreement as to Dion Henry (LKM) (Entered: 02/03/2003) |
| 01/31/2003 | 25 | CONSENT DECREE OF FORFEITURE by defendant Dion Henry re: handgun & ammo (LKM) (Entered: 02/03/2003) |
| 01/31/2003 | 26 | ORDER to comply w/Sentencing Reform Act by Chief Judge Karl S. Forester ; sentencing hearing set for 9:15 4/18/03 for Dion Henry (cc: all counsel) (LKM) (Entered: 02/03/2003) |
| 01/31/2003 | | ORAL MOTION for release pending sentencing by Dion Henry (LKM) (Entered: 02/03/2003) |
| 01/31/2003 | 28 | GENERAL ORDER OF DISCOVERY by Chief Judge Karl S. Forester (cc: all counsel) (LKM) (Entered: 02/03/2003) |
| 02/07/2003 | 33 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Pam Ledgewood appt'd for dft Melvin Williams (LKM) (Entered: 02/11/2003) |
| 03/13/2003 | | SUBMITTED re motion for release pending sentencing [0-1] is submitted (LKM) (Entered: 03/13/2003) |
| 03/17/2003 | 34 | MOTION for entry of Preliminary Jgmt of Forfeiture by USA as to Dion Henry. (LKM) (Entered: 03/20/2003) |
| 03/18/2003 | 35 | PRELIMINARY JGMT OF FORFEITURE, ORDERED property be forfeited to USA,.25 cal. handgun, further ORDERED ATF to seize the property & dispose of according to law, Clerk to send copies to all counsel & USP (COM, USP, USM, ATF) Signed by Judge Karl S. Forester. (LKM) (Entered: 03/20/2003) |

| 04/14/2003 | 36 | MOTION to Seal Document by USA as to Dion Henry (LKM) (Entered: 04/16/2003) |
| 04/14/2003 | 37 | MOTION filed under seal by USA as to Dion Henry (LKM) (Entered: 04/16/2003) |
| 04/17/2003 | 38 | ORDER granting 36 Motion to Seal Document as to Dion Henry (1). Signed by Judge Karl S. Forester. (LKM) (Entered: 04/18/2003) |
| 04/18/2003 | 39 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Dion Henry (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | 40 | PSR Rule 32(C) info (Sealed) as to Dion Henry (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | 41 | ORDER filed under Seal as to Dion Henry (1). Signed by Judge Karl S. Forester. (cc: all counsel) (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | 42 | ORDER denying [] Motion for release and to self surrender as to Dion Henry (1). Signed by Judge Karl S. Forester. (cc: all counsel) (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | 43 | CRIMINAL MINUTES - SENTENCING held before Judge Karl S. Forester :Sentencing held on 4/18/2003 for Dion Henry. No obj. to PSR. Jgm shall be entered. Dft remanded to custody. (Court Reporter Oakes.) (cc: USA, USP, USM, Guarnieri) (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | 44 | JUDGMENT as to Dion Henry (1), Count(s) 1, dft committed to 75 months Imprisonment; 5 yrs Supervised Release; $100.00 Special Assessment. Counts 2 & 3 are dismissed on mot of US. Signed by Judge Karl S. Forester. (cc: USA, USP, USM, Guarnieri) (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | 45 | Court Advice Re: Appeal by Dion Henry (CBD) (Entered: 04/22/2003) |
| 04/18/2003 | | Attorney update in case as to Dion Henry. Attorney David J. Guarnieri terminated. (CBD) (Entered: 04/13/2004) |
| 07/19/2003 | 47 | CJA 20 as to Dion Henry : Authorization to Pay David Guarnieri. Amount: $ $3,887.83, Voucher # 030715000020. . Signed by Judge Karl S. Forester. (LGB) (Entered: 07/25/2003) |
| 01/14/2004 | 49 | MOTION for Order to seal all records relating to arrest record (or) conviction by Dion Henry (LKM) (Entered: 01/14/2004) |
| 01/26/2004 | 50 | OBJECTION by USA as to Dion Henry re 49 MOTION to seal all arrest & conviction records by Dion Henry (LKM) (Entered: 01/27/2004) |
| 02/09/2004 | | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Dion Henry re 49 MOTION for Order by Dion Henry (LKM) (Entered: 02/09/2004) |
| 03/05/2004 | 51 | ORDER denying 49 Order on Motion to seal all arrest & conviction records as to Dion Henry (1). Signed by Judge Karl S. Forester. (LKM)cc: COR,USP (Entered: 03/05/2004) |
| | | |

| 06/28/2004 | 52 | MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry ( Civil Action 04-289-KSF.) as to Dion Henry. (LKM) (Entered: 07/28/2004) |
| 06/28/2004 | 53 | MOTION to Modify Term of Imprisonment by Dion Henry . (LKM) (Entered: 07/28/2004) |
| 07/29/2004 | 54 | ORDER as to Dion Henry re 53 MOTION to Alter Judgment, 52 MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry; ORDERED (1) Clerk to provide US Atty w/copy of DE # 53 & 52 (2) US Atty. shall respond w/i 40 days from date of this order. Signed by Judge James B Todd. (LKM)cc: USA, Dion Henry (Entered: 07/29/2004) |
| 08/04/2004 | 55 | MOTION for modification of term of IMPR & for correction of an unlawful/illegal sentence by Dion Henry (LKM) (Entered: 08/04/2004) |
| 09/09/2004 | 56 | MOTION for Leave to File Response & Memorandum in Opposition to dft Dion Henry's 2255 motion by USA (LKM) (Entered: 09/09/2004) |
| 09/09/2004 | | PROPOSED RESPONSE & MEMORANDUM in opposition to 2255 motion as to Dion Henry by USA (LKM) (Entered: 09/09/2004) |
| 09/09/2004 | | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Dion Henry re 56 MOTION for Leave to File Response & Memorandum in Opposition by USA (LKM) (Entered: 09/09/2004) |
| 09/13/2004 | 57 | ORDER re 56 MOTION for Leave to File Response by USA: ORDERED that the US's motion is GRANTED. Said response and memo shall be filed as of the date of this order. Signed by Judge James B Todd. (JM)cc: USA, dft (Entered: 09/13/2004) |
| 09/13/2004 | 58 | RESPONSE in Opposition by USA as to Dion Henry re 55 MOTION for modification of sentence and, 52 MOTION to Vacate under 28 U.S.C. 2255; filed by USA (JM) (Entered: 09/13/2004) |
| 09/20/2004 | 59 | Mail Returned as Undeliverable. Mail sent to Dion Henry (LKM) (Entered: 09/20/2004) |
| 09/27/2004 | 60 | MOTION for Order of stay or alternatively, place this case in abeyance re: 2255 motion by Dion Henry (LKM) (Entered: 09/27/2004) |
| 09/30/2004 | 61 | TRANSCRIPT of Official Proceedings: as to Dion Henry Rearraignment held on 1/31/2003 before Judge Forester. Court Reporter: CINDY OAKES. (LKM) (Entered: 10/01/2004) |
| 09/30/2004 | 62 | TRANSCRIPT of Proceedings: as to Dion Henry Sentencing held on 4/18/2004 before Judge Forester. Court Reporter: CINDY OAKES. (LKM) (Entered: 10/01/2004) |
| 10/12/2004 | | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Dion Henry re 53 MOTION to Alter Judgment by Dion Henry, 55 MOTION to Alter Judgment by Dion Henry, 60 MOTION for Order by Dion Henry, 52 MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry ( Civil Action 04-289-KSF.) (LKM) (Entered: 10/12/2004) |
| 01/10/2005 | 63 | MOTION for Final Decree and Order of Forfeiture by USA as to Dion |

| | | Henry. (LKM) (Entered: 01/10/2005) |
|---|---|---|
| 01/10/2005 | | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Dion Henry re 63 MOTION for Final Decree and Order of Forfeiture by USA (LKM) (Entered: 01/10/2005) |
| 01/11/2005 | 64 | FINAL DECREE AND ORDER OF FORFEITURE, ORDERED: (1) BATF to seize the forfeited property (2) property to be forfeited: Vnispistole.25 cal. handgun & ammo. (3) forfeited property be disposed of according to law (4) Clerk to send attested copies to all COR . Signed by Judge Karl S. Forester. (LKM)cc: COR,USM,USP, ATF (Entered: 01/11/2005) |
| 11/22/2005 | 65 | REPORT AND RECOMMENDATIONS as to Dion Henry, RECOMMENDED that: (1) 52 MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry ( Civil Action 04-289-KSF.) be DENIED; (2) 53 MOTION to modify term of impr by Dion Henry be DENIED and (3) 55 MOTION to for modification of an imposed term of impr and for correction of an unlawful/illegal sentence by Dion Henry be DENIED, Clerk to forward copy to parties who have 10 days to file objections.,. Signed by Judge Karl S. Forester. (LKM)cc: COR (Entered: 11/23/2005) |
| 01/10/2006 | | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Dion Henry re 53 MOTION to Alter Judgment by Dion Henry, 55 MOTION to Alter Judgment by Dion Henry, 65 REPORT AND RECOMMENDATIONS as to Dion Henry re 53 MOTION to Alter Judgment by Dion Henry, 55 MOTION to Alter Judgment by Dion Henry, 52 MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry ( Civil Action 04-289-KSF.), 52 MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry ( Civil Action 04-289-KSF.) (LKM) (Entered: 01/10/2006) |
| 05/17/2006 | 66 | OPINION & ORDER (1) ADOPTING Mag Judge Todd's 65 proposed findings of fact & recommendation; (2) DENYING dft's 52 motion to vacate; (3) DENYING dft's 53 motion to modify his term of imprisonment; (4) DENYING dft's 55 motion styled " Petitioner's Motion for Modification of an Imposed Term of Imprisonment & for Correction of an Unlawful/Illegal Sentence"; (5) judgment will be entered. Signed by Judge Karl S. Forester. (LKM)cc: COR (Entered: 05/17/2006) |
| 05/17/2006 | 67 | JUDGMENT (1) DENYING dft's motion to vacate; (2) DENYING dft's motion to modify his term of imprisonment; (3) DENYING dft's motion styled " Petitioner's Motion for Modification of an Imposed Term of Imprisonment & for Correction of an Unlawful/Illegal Sentence"; (4) a certificate of appealability SHALL NOT ISSUE because dft has failed to make a substantial showing of the denial of a constitutional right; (5) judgment is final; (6) matter is STRICKEN from the docket. Signed by Judge Karl S. Forester. (LKM)cc: COR (Entered: 05/17/2006) |
| 11/20/2006 | | MOTIONS as to Dion Henry REFERRED to Magistrate Judge: 52 MOTION to Vacate under 28 U.S.C. 2255 by Dion Henry ( Civil Action 04-289-KSF.) (LKM) (Entered: 11/20/2006) |
| 08/11/2008 | 68 | Receipt for Pre-Sentence Investigation Report and Rule 32(c) Information received by United States Probation Office (GLD) (Entered: 08/22/2008) |

| 06/25/2013 | 69 | ORDER Granting Transfer of Supervised Release as to Dion Henry: It is ordered that the jurisdiction of the supervised releasee be transferred to the USDC Eastern District of Michigan. Signed by Judge Karl S. Forester on 5/24/2013. (SCD)cc: COR,USM,USP (Entered: 06/26/2013) |

No. 02-141-KSF

# UNITED STATES DISTRICT COURT

## Eastern District of Kentucky

### LEXINGTON DIVISION

## THE UNITED STATES OF AMERICA

vs.

DION HENRY and MELVIN WILLIAMS

## INDICTMENT

| | | |
|---|---|---|
| 21/USC § 846 | - Conspiracy | - 1 Count |
| 21/USC § 841(a)(1) | - PWID cocaine | - 1 Count |
| 21/USC § 853 | - Criminal forfeiture | - 1 Count |
| 18/USC § 924(c)(1) | - Use and carry firearm during drug trafficking crime | - 1 Count |

_A true bill._

_____
Foreman

Filed in open court this 20th day,

of November, A.D. 2002

_____
Clerk

Bail, $ _____

Eastern District of Kentucky

F I L E D

NOV 20 2002

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

I certify that this is a true and correct
copy of the original filed in my office.
ROBERT R. CARR, CLERK

By: Colleen Durkens

Date: 6/26/13

FORM OBD-34

APR-91

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON

Eastern District of Kentucky
**FILED**

NOV 2 0 2002

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                    INDICTMENT NO. _02-141-KSF_

**DION HENRY and
MELVIN WILLIAMS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

Beginning on or about September 1, 2002, and continuing until on or about

November 6, 2002, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**DION HENRY and
MELVIN WILLIAMS**

did conspire to knowingly and intentionally possess with intent to distribute fifty grams or

more of a mixture or substance containing a detectable amount of cocaine base (crack

cocaine), a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in

violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

Beginning on or about September 1, 2002, and continuing until on or about

1

November 6, 2002, in Fayette County, in the Eastern District of Kentucky,

**DION HENRY**

did knowingly and intentionally distribute fifty grams or more of a mixture or substance

containing a detectable amount of cocaine base (crack cocaine), a Schedule II controlled

substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 18 U.S.C. § 924(c)(1)

Beginning on or about September 1, 2002, and continuing until on or about

November 6, 2002, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**DION HENRY,**

during and in relation to the drug trafficking crimes set out in Counts 1 and 2 of this

indictment, for which he may be prosecuted in a court of the United States, did use and

carry a firearm, to wit, a loaded Vnispistole .25 caliber handgun, all in violation of 18

U.S.C. § 924(c)(1).

### COUNT 4
### 21 U.S.C. § 853

In committing the felony offenses alleged in Counts 1 and 2 of this indictment,

each being punishable by imprisonment for more than one year,

**DION HENRY**

used, or intended to use, the below-described property to commit or facilitate the said

controlled substance violations, and the below-described property constitutes and is

2

derived from proceeds obtained directly or indirectly as a result of the commission of the

aforesaid violations of 21 U.S.C. §§ 841 and 846, including, but not limited to, the

following:

**FIREARM:**

a Vnispistole, .25 caliber handgun, serial number 6763, and ammunition.

By virtue of the commission of the felony offenses charged in Counts 1 and 2 of

this indictment, any and all interest **DION HENRY** has in the above-described property

is vested in the United States and hereby forfeited to the United States pursuant to 21

U.S.C. § 853.

**A TRUE BILL**

_Cheryl L. Haemer_
**FOREPERSON**

**GREGORY F. VAN TATENHOVE**
**UNITED STATES ATTORNEY**

3

## **PENALTIES**

**COUNTS 1 and 2:**

First Offense:     NLT 10 years and NMT life imprisonment, NMT $4,000,000 fine, or both, and supervised release NLT 5 years.

Second Offense:     NLT 20 years and NMT life imprisonment, NMT $8,000,000 fine, or both, and supervised release NLT 10 years.

**COUNT 3:**          Five years imprisonment to be served consecutively to the sentence on Count 1.

**COUNT 4:**          Forfeiture of interest in property.

**PLUS:**          Mandatory Special Assessment of $100 on each count pursuant to Title 18, United States Code, Section 3013.

# UNITED STATES DISTRICT COURT

| EASTERN | District of | KENTUCKY |
|---|---|---|

UNITED STATES OF AMERICA

v.

DION HENRY

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Eastern District of Kentucky
**FILED**

APR 18 2003

AT LEXINGTON
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

Case Number:   LEXINGTON CR. 02-141-1-KSF

David J. Guarnieri
Defendant's Attorney

## THE DEFENDANT:

X  pleaded guilty to count(s)   1

☐  pleaded nolo contendere to count(s)
which was accepted by the court.

☐  was found guilty on count(s)
after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute cocaine base | 11/6/02 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)

X  Count(s)   2 & 3          ☐ is   X  are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   12/30/74

Defendant's USM No.:   31045-039

Defendant's Residence Address:

Fayette County Detention Center

Lexington, KY   40510

Defendant's Mailing Address:

Same

April 18, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

KARL S. FORESTER, CHIEF JUDGE
Name and Title of Judicial Officer

April 18, 2003
Date

I certify that this is a true and correct
copy of the original filed in my office.
ROBERT R. CARR, CLERK

By: _____

Date: 10/26/13

risonment

DANT:        HENRY, Dion                                    Judgment — Page ___2___ of ___6___
CASE NUMBER:   Lexington Cr. 02-141-1-KSF

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of ___75 months_____ .

X    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant participate in the intensive drug education and treatment program.
The Court recommends the defendant, during the term of imprisonment, participate in t a Bureau of Prisons education program working towards the completion of his GED.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m.  ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:       HENRY, Dion                                    Judgment—Page ___3___ of ___6___
CASE NUMBER:     Lexington Cr. 02-141-1-KSF

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term     five (5) years

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment in a Criminal Case
Sheet 3C — Supervised Release

DEFENDANT:         HENRY, Dion
CASE NUMBER:    Lexington Cr. 02-141-1-KSF

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall not possess a firearm, destructive device, or dangerous weapon.

The defendant shall participate in a substance abuse treatment program and shall submit to periodic drug and alcohol testing at the direction and discretion of the probation officer during the term of supervision.

AO 245B (Rev. ) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:     HENRY, Dion
CASE NUMBER:   Lexington Cr. 02-141-1-KSF

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: HENRY, Dion
CASE NUMBER: Lexington Cr. 02-141-1-KSF

Judgment — Page __6__ of __6__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** X Special instructions regarding the payment of criminal monetary penalties:

    Criminal monetary penalties are payable to:
    Clerk, U. S. District Court
    Eastern District of Kentucky
    Post Office Drawer 3074
    Lexington, KY 40596-3074

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.